UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| GILBERTH GUSTAVO OLMEDO-OLMEDO, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil No. 26-12964-LTS |
| ) | |
| PATRICIA HYDE et al., ) | |
| ) | |
| Respondents. ) | |

JUDGMENT

July 16, 2026

SOROKIN, J.

Pursuant to the Court's Electronic Order dated July 2, 2026 (Doc. No. 8), the Petition for

Writ of Habeas Corpus is ALLOWED for the reasons and to the extent the Court described.

SO ORDERED.

   /s/ Leo T. Sorokin
United States District Judge